In the MATTER OF the Petition of
Debra and William BENNETT
for a Writ of Mandamus

No. 225, 2017

Supreme Court of Delaware.

Submitted: June 21, 2017

Decided: July 26, 2017

Reargument Denied August 29, 2017

DISMISSED.

Tyquan MATTHEWS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 45, 2017

Supreme Court of Delaware.

Submitted: July 14, 2017

Decided: July 26, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID Nos. 1207018108
and 1207019149 (S)

GRANTED. AFFIRMED.

David M. COLES, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 511, 2016

Supreme Court of Delaware.

Submitted: June 9, 2017

Decided: July 31, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID 0301011099 (N)

AFFIRMED.

Donald DUROSS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 117, 2017

Supreme Court of Delaware.

Submitted: July 21, 2017

Decided: August 1, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1511008759
(N)

AFFIRMED.